```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
───────────────────────────────
Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

**Order Filed on February 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TAMIKA M. BROWN-WESLEY,
DEBTOR(S)

Case No.: 25-10039 (RG)

Adv. No.:

Hearing Date: 2/5/2025 @ 10:00 A.M.

Judge: Rosemary Gambardella, U.S.B.J.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**:

**DATED: February 13, 2025**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Tamika M. Brown-Wesley, Debtor(s)
Case no.: 25-10039 RG
Caption of order: Order Extending The Automatic Stay
_____

    Debtor, Tamika M. Brown-Wesley, by and through her counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a Motion To Extend the Automatic Stay, and the Motion having been served on all Parties Noticed in the Motion, and no objection to the Motion having been filed, and/or for good cause having been shown, **IT IS HEREBY ORDERED, AS FOLLOWS:**

    1. That the automatic stay, be and is hereby extended to Midfirst Bank, and/or its principal(s), assignee(s), predecessor(s) in interest and/or successor(s) in interest, concerning the first or principal mortgage it holds against real property, in which the Debtor has an interest, located at 167 Richelieu Terrace, Newark, New Jersey 07106.

    a. That the foreclosure action or any sheriff's sale associated with the action, pending in the Superior Court of New Jersey, Chancery Division, Essex County, under docket number F-022994-16, pertaining to the mortgage held by Midfirst Bank, or its principal(s), assignee(s), predecessor(s) in interest and/or successor(s) in interest, et. al., regarding real property, located at 167 Richelieu Terrace, Newark, New Jersey 07106, be and is hereby stayed.

    2. That the automatic stay, be and is hereby extended to Santander Bank, NA, and/or its principal(s), assignee(s), predecessor(s) in interest and/or successor(s) in interest,

Page 3
Debtor: Tamika M. Brown-Wesley, Debtor(s)
Case no.: 25-10039 RG
Caption of order: Order Extending The Automatic Stay
_____

concerning the second mortgage it holds, against real property, in which the Debtor has an interest, located at 167 Richelieu Terrace, Newark, New Jersey 07106.

    3. That the automatic stay be and is hereby extended as to all creditors and/or parties in interest noticed, referenced or served with this motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Tamika M Brown-Wesley  
    Debtor

Case No. 25-10039-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Feb 13, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4