| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | |

**Order Filed on March 20, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

   TAMIKA M BROWN-WESLEY

Case No.:  25-10039RG

Hearing Date:  3/19/2025

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 20, 2025**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 25-10039RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 03/19/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through February 2025 and same must be received and posted by the Trustee by 3/26/2025 or the case will be dismissed with no hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must become current with plan payments through March 2025 and same must be received and posted by the Trustee by 4/7/2025 or the case will be dismissed with no hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 4/16/2025 at 8:30 AM.