Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−10039−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/8/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 8, 2025
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-10039-RG
Tamika M Brown-Wesley  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Apr 09, 2025    Form ID: 148    Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 520502234 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 520502239 | | Midland Mortgage, 777 NW Grand Blvd., Oklahoma City, OK 73118-6047 |
| 520502247 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520502249 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520502258 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 09 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 09 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502227 | + | EDI: CAPITALONE.COM | Apr 10 2025 00:54:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520502228 | + | EDI: CAPONEAUTO.COM | Apr 10 2025 00:54:00 | Capital One Auto, 3905 Dallas Parkway, Plano, TX 75093-7893 |
| 520507367 | + | EDI: AISACG.COM | Apr 10 2025 00:54:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502229 | + | EDI: CAPITALONE.COM | Apr 10 2025 00:54:00 | Capital One Financial Corporation, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520502230 | + | Email/Text: bncnotifications@pheaa.org | Apr 09 2025 21:19:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520502231 | + | EDI: CCS.COM | Apr 10 2025 00:54:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520502232 | + | Email/Text: bankruptcies@crownasset.com | Apr 09 2025 21:19:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520502233 | ^ | MEBN | Apr 09 2025 21:16:11 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 520502235 | | EDI: JEFFERSONCAP.COM | Apr 10 2025 00:54:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520502236 | | EDI: JEFFERSONCAP.COM | Apr 10 2025 00:54:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |

Case 25-10039-RG    Doc 27    Filed 04/11/25    Entered 04/12/25 00:13:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: 148 | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| 520502237 | ^ MEBN | Apr 09 2025 21:16:32 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 520532177 | + EDI: AISMIDFIRST | Apr 10 2025 00:54:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520502238 | + EDI: AISMIDFIRST | Apr 10 2025 00:54:00 | Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502240 | + Email/Text: kurucn@mail.montclair.edu | Apr 09 2025 21:19:00 | Montclair State University, 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 520502241 | + Email/Text: bankruptcy@onlineis.com | Apr 09 2025 21:19:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 520502242 | + Email/Text: bankruptcy@onlineis.com | Apr 09 2025 21:19:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 520502243 | EDI: PRA.COM | Apr 10 2025 00:54:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520502244 | EDI: PRA.COM | Apr 10 2025 00:54:00 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 520502248 | ^ MEBN | Apr 09 2025 21:15:43 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520502246 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 09 2025 21:19:00 | Progressive Insurance, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 520502245 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 09 2025 21:19:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 520502250 | EDI: Q3G.COM | Apr 10 2025 00:54:00 | Quantam 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 520502253 | ^ MEBN | Apr 09 2025 21:18:00 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + Email/Text: DeftBkr@santander.us | Apr 09 2025 21:19:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + Email/Text: DeftBkr@santander.us | Apr 09 2025 21:19:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502251 | + Email/Text: DeftBkr@santander.us | Apr 09 2025 21:19:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 520502255 | + Email/Text: clientservices@simonsagency.com | Apr 09 2025 21:19:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502259 | + EDI: SYNC | Apr 10 2025 00:54:00 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 520502260 | + EDI: SYNC | Apr 10 2025 00:54:00 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520502262 | EDI: TDBANKNORTH.COM | Apr 10 2025 00:54:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 520502261 | EDI: TDBANKNORTH.COM | Apr 10 2025 00:54:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 520581814 | Email/Text: bankruptcy@mtabt.org | Apr 09 2025 21:19:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520502263 | + EDI: BLUESTEM | Apr 10 2025 00:54:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520507368 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502256 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502257 | ##+ | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4