**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
TAMIKA M BROWN-WESLEY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  25-10039RG

HEARING DATE:  05/07/2025 at 10:00 AM

### TRUSTEE'S OBJECTION TO DEBTOR(S) ATTORNEY'S APPLICATION FOR COMPENSATION

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor(s) Attorney's Application for Compensation, respectfully objects as follows:

- The Trustee objects to the application because the application seeks $4,750 in fees, but the case has been dismissed and the Trustee's balance on hand is only $1,410.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Attorney's Application for Compensation in its present form be denied.

Dated:  April 24, 2025

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee