# RAYMOND & RAYMOND
### Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin L. DeLyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123@com

May 8, 2025

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
P.O. Box 520
Memphis, TN 38101-0520

    Re: Tamika M. Brown-Wesley, Debtor(s)
        25-10039 RG
        Chapter 13

Dear Ms. Greenberg:

   Enclosed please find bank check, in the amount of $4,500.00, payable to your order, in the above-captioned matter. Please apply the payment(s).

                        Very truly yours,

                        *HERBERT B. RAYMOND*

                        HERBERT B. RAYMOND, ESQ.

Enc.



THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

United Cities Credit Union
195 Norman Road
Newark, New Jersey 07106-3309
Phone: (973) 375-9182

CHECK NO: 5955

55-7737/2212

DATE: 05/08/2025

**CASHIER'S CHECK**

PAY FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS----------

AMOUNT $******4,500.00

TO THE ORDER OF: MARIE-ANN GREENBERG

Void After 180 Days

Memo: TAMIKA BROWN WESLEY #25-10039

HEAT SENSITIVE RUB AREA TO VERIFY

AUTHORIZED SIGNATURE

⑈005955⑈ ⑆221277379⑆ 9148101002000 2⑈