| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Case No.:  25-10039 MEH<br><br>Chapter:  13 |
| In Re:<br><br>TAMIKA BROWN-WESLEY, DEBTOR | Adv. No.:  _____<br><br>Hearing Date:  6/4/2025 @ 10:00 A.M.<br><br>Judge:  Mark E. Hall, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Jeffrey M. Raymond, Esq., :

    ☒ represent Tamika Brown-Wesley, the Debtor in the this matter.

    ☐ am the secretary/paralegal for _, who represents _ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On May 12, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion To Vacate Dismissal of Case, Debtor's Certification in Support of Motion To Vacate Dismissal of Case, Proposed Order On Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 12, 2025 　　　　　　　　　　　　　　　　　　　/S/ JEFFREY M. RAYMOND_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of | Mode of Service |
|---|---|---|

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Triborough Bridge and Tunnel Authority<br>TBTA Toll Group<br>2 Broadway, 24th Floor<br>New York, NY 10004<br>Attn: Mariya Superfin, Senior Manager | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |