Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  25−10039−MEH
    Chapter:  13
    Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

    Notice is hereby given that an order vacating dismissal of this case was entered on 6/4/25. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: June 4, 2025
JAN: km

                                                            Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Tamika M Brown-Wesley  
    Debtor

Case No. 25-10039-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 04, 2025      Form ID: ntcrics      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 520502234 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 520502239 | | Midland Mortgage, 777 NW Grand Blvd., Oklahoma City, OK 73118-6047 |
| 520502249 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520502247 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520502258 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502227 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 20:49:20 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520502228 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 04 2025 20:48:51 | Capital One Auto, 3905 Dallas Parkway, Plano, TX 75093-7893 |
| 520507367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2025 20:48:58 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 20:49:22 | Capital One Financial Corporation, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520502230 | + | Email/Text: bncnotifications@pheaa.org | Jun 04 2025 20:44:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520502231 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 04 2025 20:46:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520502232 | + | Email/Text: bankruptcies@crownasset.com | Jun 04 2025 20:45:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520502233 | ^ | MEBN | Jun 04 2025 20:38:57 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 520502235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2025 20:46:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520502236 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2025 20:46:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |

Case 25-10039-MEH    Doc 37    Filed 06/06/25    Entered 06/07/25 00:15:13    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 04, 2025 | Form ID: ntcrics | Total Noticed: 41 |

| | | | | |
| --- | --- | --- | --- | --- |
| 520502237 | ^ | MEBN | Jun 04 2025 20:37:44 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 520532177 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 04 2025 20:49:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520502238 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 04 2025 20:49:22 | Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502240 | + | Email/Text: kurucn@mail.montclair.edu | Jun 04 2025 20:46:58 | Montclair State University, 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 520502241 | + | Email/Text: bankruptcy@onlineis.com | Jun 04 2025 20:46:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 520502242 | + | Email/Text: bankruptcy@onlineis.com | Jun 04 2025 20:46:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 520502243 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2025 20:49:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520502244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2025 20:49:37 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 520502248 | ^ | MEBN | Jun 04 2025 20:38:31 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520502246 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 04 2025 20:44:00 | Progressive Insurance, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 520502245 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 04 2025 20:44:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 520502250 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2025 20:45:00 | Quantam 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 520502253 | ^ | MEBN | Jun 04 2025 20:39:54 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + | Email/Text: DeftBkr@santander.us | Jun 04 2025 20:46:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + | Email/Text: DeftBkr@santander.us | Jun 04 2025 20:46:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502251 | + | Email/Text: DeftBkr@santander.us | Jun 04 2025 20:46:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 520502255 | + | Email/Text: clientservices@simonsagency.com | Jun 04 2025 20:46:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2025 20:49:40 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 520502260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2025 21:00:07 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520502262 | + | Email/Text: bankruptcy@td.com | Jun 04 2025 20:46:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 520502261 | + | Email/Text: bankruptcy@td.com | Jun 04 2025 20:46:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 520581814 | | Email/Text: bankruptcy@mtabt.org | Jun 04 2025 20:45:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520502263 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 04 2025 20:46:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520507368 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502256 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502257 | ##+ | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4