Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 25−10039−TBA
> Chapter: 13
> Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tamika M Brown−Wesley
  aka Tamika Brown
  167 Richelieu Terrace
  Newark, NJ 07106

Social Security No.:
  xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/25 at 10:00 AM

to consider and act upon the following:

*42* − Motion for Relief from Stay re: re: 167 Richelieu Terrace, Newark NJ 07106. Fee Amount $ 199. Filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Hearing scheduled for 8/20/2025 at 09:00 AM, MEH − Courtroom 2, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Exhibit A Note # 4 Exhibit B Mortgage # 5 Exhibit C AOM # 6 Exhibit D Certification # 7 Certificate of Service) (Fissel, Matthew) INCORRECT HEARING TIME AND LOCATION Modified on 7/11/2025 (car).

Dated: 7/11/25

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court