Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  25−10039−TBA
                Chapter:  13
                Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tamika M Brown−Wesley
  aka Tamika Brown
  167 Richelieu Terrace
  Newark, NJ 07106

Social Security No.:
  xxx−xx−8971

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Herbert B. Raymond, Counsel to the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 9/5/2025.

Santander Bank, N.A.
450 Penn St., MC: 10−421−MC3
Reading, PA 19602

Santander Bank, N.A
PO Box 16255, MC: 10−421−CP2
Readin , PA 19612


Dated: September 8, 2025
JAN: rah

                                                                  Jeanne Naughton
                                                                  Clerk