Form 226 − 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  25−10039−TBA
        Chapter:  13
        Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Herbert B. Raymond, Counsel to the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 9/5/2025.

Santander Bank, N.A.
450 Penn St., MC: 10−421−MC3
Reading, PA 19602

Santander Bank, N.A
PO Box 16255, MC: 10−421−CP2
Readin , PA 19612


Dated: September 8, 2025
JAN: rah

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10039-TBA |
| Tamika M Brown-Wesley | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2025 | Form ID: 226 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502253 | ^ | MEBN | Sep 08 2025 20:38:50 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + | Email/Text: DeftBkr@santander.us | Sep 08 2025 20:43:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + | Email/Text: DeftBkr@santander.us | Sep 08 2025 20:43:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502251 | + | Email/Text: DeftBkr@santander.us | Sep 08 2025 20:43:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5