Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−10039−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 27, 2025.

On 09/17/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable MARK E HALL on:

Date:  November 5, 2025
Time:  08:30 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 18, 2025
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-10039-TBA

Tamika M Brown-Wesley                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 18, 2025 | Form ID: 185 | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 520502234 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 520502239 | | Midland Mortgage, 777 NW Grand Blvd., Oklahoma City, OK 73118-6047 |
| 520502249 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520502247 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520502258 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502227 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 21:07:16 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520502228 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 18 2025 20:55:51 | Capital One Auto, 3905 Dallas Parkway, Plano, TX 75093-7893 |
| 520507367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 20:55:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 21:07:14 | Capital One Financial Corporation, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520502230 | + | Email/Text: bncnotifications@pheaa.org | Sep 18 2025 20:50:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520502231 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 18 2025 20:52:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520502232 | + | Email/Text: bankruptcies@crownasset.com | Sep 18 2025 20:50:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520502233 | ^ | MEBN | Sep 18 2025 20:43:42 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 520502235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 20:51:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520502236 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 20:51:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 520502237 | ^ MEBN | Sep 18 2025 20:44:10 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 520532177 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 18 2025 21:06:34 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520502238 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 18 2025 20:55:05 | Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502240 | + Email/Text: kurucn@mail.montclair.edu | Sep 18 2025 20:51:20 | Montclair State University, 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 520502241 | + Email/Text: bankruptcy@onlineis.com | Sep 18 2025 20:51:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 520502242 | + Email/Text: bankruptcy@onlineis.com | Sep 18 2025 20:51:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 520806708 | + Email/Text: bncnotifications@pheaa.org | Sep 18 2025 20:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 520502243 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 20:55:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520502244 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 20:55:30 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 520502248 | ^ MEBN | Sep 18 2025 20:43:18 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520502246 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 18 2025 20:50:00 | Progressive Insurance, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 520502245 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 18 2025 20:50:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 520502250 | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2025 20:51:00 | Quantam 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 520502253 | ^ MEBN | Sep 18 2025 20:45:12 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + Email/Text: DeftBkr@santander.us | Sep 18 2025 20:51:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + Email/Text: DeftBkr@santander.us | Sep 18 2025 20:51:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502251 | + Email/Text: DeftBkr@santander.us | Sep 18 2025 20:51:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 520502255 | + Email/Text: clientservices@simonsagency.com | Sep 18 2025 20:51:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502259 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 20:54:58 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 520502260 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 20:55:50 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520502262 | Email/Text: bankruptcy@td.com | Sep 18 2025 20:51:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 520502261 | Email/Text: bankruptcy@td.com | Sep 18 2025 20:51:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 520581814 | Email/Text: bankruptcy@mtabt.org | Sep 18 2025 20:50:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520502263 | + Email/Text: bnc-bluestem@quantum3group.com | Sep 18 2025 20:51:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520507368 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502256 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502257 | ##+ | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5