Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

TAMIKA M BROWN-WESLEY,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  25-10039 TBA

**NOTICE OF RESERVE ON CLAIM**

Creditor:            SANTANDER BANK NA
Trustee Claim #:     26
Court Claim #:       5
Claimed Amount:      $14,000.00
Date Claim Filed:    09/05/2025

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 23, 2025

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

TAMIKA M BROWN-WESLEY
167 RICHELIEU TERRACE
NEWARK, NJ    07106

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

SANTANDER BANK NA
PO BOX 16255 MC: 10-421-CP2
READING, PA    19612

SANTANDER BANK NA
450 PENN ST MC: 10-421-MC3
READING, PA    19602