Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  25−10039−TBA
                      Chapter:  13
                      Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tamika M Brown−Wesley
    aka Tamika Brown
    167 Richelieu Terrace
    Newark, NJ 07106

Social Security No.:
    xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 6, 2025.

Dated: November 6, 2025
JAN: km

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10039-TBA |
| Tamika M Brown-Wesley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2025 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 520502234 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 520502239 | | Midland Mortgage, 777 NW Grand Blvd., Oklahoma City, OK 73118-6047 |
| 520502247 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520502249 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520502258 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502227 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 21:22:35 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520502228 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 10 2025 21:49:06 | Capital One Auto, 3905 Dallas Parkway, Plano, TX 75093-7893 |
| 520507367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 21:22:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 21:46:40 | Capital One Financial Corporation, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520502230 | + | Email/Text: bncnotifications@pheaa.org | Nov 10 2025 21:11:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520502231 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 10 2025 21:13:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520502232 | + | Email/Text: bankruptcies@crownasset.com | Nov 10 2025 21:11:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520502233 | ^ | MEBN | Nov 10 2025 21:10:09 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 520502235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2025 21:12:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520502236 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2025 21:12:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |

Case 25-10039-TBA    Doc 67    Filed 11/12/25    Entered 11/13/25 00:21:55    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: plncf13 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 520502237 | ^ MEBN | Nov 10 2025 21:10:27 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 520532177 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 10 2025 21:22:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520502238 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 10 2025 22:00:54 | Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502240 | + Email/Text: kurucn@mail.montclair.edu | Nov 10 2025 21:12:58 | Montclair State University, 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 520502241 | + Email/Text: bankruptcy@onlineis.com | Nov 10 2025 21:12:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 520502242 | + Email/Text: bankruptcy@onlineis.com | Nov 10 2025 21:12:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 520806708 | + Email/Text: bncnotifications@pheaa.org | Nov 10 2025 21:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 520502243 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2025 21:33:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520502244 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2025 21:45:51 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 520502248 | ^ MEBN | Nov 10 2025 21:09:37 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520502246 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 10 2025 21:11:00 | Progressive Insurance, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 520502245 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 10 2025 21:11:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 520502250 | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2025 21:12:00 | Quantam 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 520502253 | ^ MEBN | Nov 10 2025 21:12:06 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + Email/Text: DeftBkr@santander.us | Nov 10 2025 21:12:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + Email/Text: DeftBkr@santander.us | Nov 10 2025 21:12:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502251 | + Email/Text: DeftBkr@santander.us | Nov 10 2025 21:12:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 520502255 | + Email/Text: clientservices@simonsagency.com | Nov 10 2025 21:13:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502259 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:22:27 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 520502260 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:22:38 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520502262 | Email/Text: bankruptcy@td.com | Nov 10 2025 21:12:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 520502261 | Email/Text: bankruptcy@td.com | Nov 10 2025 21:12:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 520581814 | Email/Text: bankruptcy@mtabt.org | Nov 10 2025 21:11:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520502263 | + Email/Text: bnc-bluestem@quantum3group.com | Nov 10 2025 21:12:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 36

Case 25-10039-TBA    Doc 67    Filed 11/12/25    Entered 11/13/25 00:21:55    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: plncf13 | Total Noticed: 42 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520507368 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502256 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502257 | ##+ | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025                     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5