UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Tamika M Brown Wesley
aka Tamika Brown

                    Debtor

Case No.:                    25-10039
_____

Adversary No.:          _____

Chapter:                        13
_____

Judge:                      Mark E Hall
_____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:        Santander Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:        PO Box 847051
_____
                    Boston, MA 02284-7051
_____

_____

New address:        PO Box 847105
_____
                    Boston, MA 02284-7105
_____

_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   12/04/2025
_____

/s/Lynn A Grimm
_____
                    Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lynn A Grimm
Bankruptcy Administrator
Santander Bank, N.A.
10 Commons Boulevard
PA-WYO-CP3
Reading, PA 19605

In Re:

Tamika M Brown Wesley
aka Tamika Brown
                      Debtor

| | |
|---|---|
| Case No.: | 25-10039 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Mark E Hall |

## CERTIFICATION OF SERVICE

1. I, _Lynn A Grimm_ :

   ☐ represent _____ in the this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in the this matter.

   ☑ am the _creditor_ in the this case and am representing myself.

2.    On ___December 4, 2025___, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
        Change of Address

3.    I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date:   _12/04/2025_

_/s/Lynn A Grimm_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tamika M Brown Wesley<br>167 Richelieu Terrace<br>Newark, NJ 07106-2412 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marieann Greenberg<br>30 Two Bridges Rd Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Herbert B Raymond<br>Herbertraymond@gmail.com | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

2