HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  TAMIKA M BROWN-WESLEY
  167 RICHELIEU TERRACE
  NEWARK,  NJ  07106

Atty:  HERBERT B. RAYMOND, ESQ.
  7 GLENWOOD AVENUE
  4TH FLOOR SUITE 408
  EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-10039

## RECEIPTS AS OF 01/15/2026 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/24/2025 | $1,500.00 |  | 05/20/2025 | $4,500.00 | 5955 |
| 06/16/2025 | $1,500.00 | I192L6HWJ0-Plan | 08/05/2025 | $1,500.00 | I1D4FX83J4-Plan |
| 09/03/2025 | $1,000.00 | I1PZF646Q8-Plan | 09/16/2025 | $1,665.00 | I1N1FBPH77-Plan |
| 10/01/2025 | $500.00 | I1NWFW8YNN-Plan | 11/17/2025 | $1,000.00 | I11NS8PDXL-Plan |
| 12/11/2025 | $1,665.00 | I183SBSBQ3-Plan | 12/22/2025 | $1,665.00 | I18RSKV970-Plan |

**Total Receipts: $16,495.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,495.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
|  | 09/16/2025 | $719.23 | 950,611 | 09/16/2025 | $22.50 | 950,611 |
|  | 10/20/2025 | $1,191.75 | 952,067 | 10/20/2025 | $37.28 | 952,067 |
|  | 11/17/2025 | $1,113.77 | 953,513 | 11/17/2025 | $34.84 | 953,513 |
|  | 12/15/2025 | $393.07 | 954,924 | 12/15/2025 | $12.30 | 954,924 |
| SANTANDER BANK NA | | | | | | |
|  | 09/16/2025 | $118.27 | 950,786 | 10/16/2025 | ($118.27) | 950,786 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 888.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,450.00 | 100.00% | 7,450.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CREDIT CONTROL SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | FMS, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | MONTCLAIR STATE UNIVERSITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 25-10039**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | ONLINE INFORMATION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | PSE&G | UNSECURED | 10,316.20 | 100.00% | 0.00 | 10,316.20 |
| 0020 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | QUANTAM 3 GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SANTANDER BANK NA | (NEW) Prepetition A | 14,000.00 | 100.00% | 0.00 | 14,000.00 |
| 0029 | SIMONS AGENCY INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | STEWARD FINANCIAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | SYNCB/QVC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | TD BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | WEBBANK/FINGERHUT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | SIMONS AGENCY INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | MIDFIRST BANK | (NEW) Prepetition A | 85,139.75 | 100.00% | 3,417.82 | 81,721.93 |
| 0041 | TRIBOROUGH BRIDGE AND TUNNEL AUT | UNSECURED | 222.38 | 100.00% | 0.00 | 222.38 |
| 0042 | CAPITAL ONE AUTO FINANCE | UNSECURED | 5,948.62 | 100.00% | 0.00 | 5,948.62 |
| 0043 | MIDFIRST BANK | (NEW) MTG Agree | 2,663.18 | 100.00% | 106.92 | 2,556.26 |
| 0044 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0047 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0049 | PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $11,862.79**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $16,495.00    -    Paid to Claims: $3,524.74    -    Admin Costs Paid: $8,338.05    =    Funds on Hand: $4,632.21

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.