**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

TAMIKA M BROWN-WESLEY

**Case No.:  25-10039**

**Adv. No.:**

**Hearing Date:**

**Judge:  MEH**

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/26/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
TAMIKA M BROWN-WESLEY
167 RICHELIEU TERRACE
NEWARK, NJ  07106
Mode of Service:  Regular Mail

Attorney for Debtor(s):
HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 26, 2026

By:    /S/  Sheila Alvarado
        Sheila Alvarado