Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
-------------------------------------------------------------------

| IN RE: | | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| | | CHAPTER 13 |
| | | CASE NO.: 25-10039 (MEH) |
| | | |
| TAMIKA BROWN-WESLEY, | | |
| | | |
| | | |
| DEBTOR(S). | | |
| | | |

-------------------------------------------------------------------

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

HERBERT B. RAYMOND, Esquire, hereby certifies as follows:

1.   I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

_____ Prosecution of motion on behalf of Debtor.  $1,500.00

Nature of Motion:

Hearing Date(s):

_XXX_ Defense of motion on behalf of debtor        $750.00
(Including filing Objection to Creditor's
or Trustee's Certification of Default).

Nature of Motion: Midfirst Bank's Default
Certification

Hearing Date(s): July 15, 2026

_XXX_ Defense of Trustee's Certification of        $500.00
Default or Motion to Dismiss

Hearing Date(s): July 15, 2026

_____ Additional court appearance(s).            $200.00
(Not to exceed three).

Purpose:

Hearing Date(s):

\_\_\_\_\_ Filing and appearance on a modified            $750.00
Chapter 13 Plan.

\_\_\_\_\_ Preparation of Wage Order                       $250.00

\_\_\_\_\_ Preparation and filing of Amendments            $250.00
to Schedules of all Schedules Except I or
J.

\_\_\_\_\_ Preparation and filing of Amendments            $350.00
To Schedules I or J.

\_\_\_\_\_ Preparation and filing of Application           $550.00
for Retention or Compensation of Professional.

\_\_\_\_\_ Preparation and filing of Notice of Sale        $350.00
or Settlement of Controversy

## **NON–STANDARD FEES**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:

Describe non-standard expenses in detail:

2.    To date, in this case:

I have applied for fees (including original retainer) in the amount of: $7,450.00

To date, I have received: $7,450.00

3.    I seek compensation for services rendered in the amount of \_$1,250.00\_\_ payable:

\_XXX\_ through the Chapter 13 plan as an administrative priority.

\_\_\_\_ outside the plan.

4.    \_\_\_\_\_ This allowance will not impact on plan payments.

_XXX_ This fee will impact on plan payments.

Present plan: $1,500 per month for seven (7) months

$1,665 per month for eleven (11) months starting September 2025

$2,640 per month for forty-two (42) months starting August 2026

Proposed plan: **$1,500 per month for seven (7) months**

**$1,665 per month for eleven (11) months starting September 2025**

**$2,673 per month for forty-two (42) months starting August 2026**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2026          /S/ HERBERT B. RAYMOND, ESQ.

_____

Signature of Applicant