Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−10039−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tamika M Brown−Wesley
    aka Tamika Brown
    167 Richelieu Terrace
    Newark, NJ 07106

Social Security No.:
    xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Mark Edward Hall on:

Date:        8/19/26
Time:        10:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney, period: 5/1/2026 to 7/17/2026.

COMMISSION OR FEES
fee: $1,250.00.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 20, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-10039-MEH

Tamika M Brown-Wesley                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: 137 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 520502234 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 520502239 | | Midland Mortgage, 777 NW Grand Blvd., Oklahoma City, OK 73118-6047 |
| 520502247 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520502249 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520502251 | | Santander Bank, N.A., PO Box 847105, Boston, MA 02284-7105 |
| 520502257 | + | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |
| 520502258 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502227 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2026 21:16:14 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520502228 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 20 2026 21:16:16 | Capital One Auto, 3905 Dallas Parkway, Plano, TX 75093-7893 |
| 520507367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2026 21:15:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2026 21:15:53 | Capital One Financial Corporation, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520502230 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2026 21:06:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520502231 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 20 2026 21:07:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520502232 | + | Email/Text: bankruptcies@crownasset.com | Jul 20 2026 21:06:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520502233 | ^ | MEBN | Jul 20 2026 21:03:37 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 520502235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2026 21:07:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520502236 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2026 21:07:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 520502237 | ^ | MEBN | | |

District/off: 0312-2                    User: admin                                    Page 2 of 3

Date Rcvd: Jul 20, 2026                 Form ID: 137                                    Total Noticed: 43

| | | | | |
|---|---|---|---|---|
| | | | Jul 20 2026 21:02:50 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 520532177 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2026 21:16:14 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520502238 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2026 21:16:14 | Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502240 | + | Email/Text: kurucn@mail.montclair.edu | Jul 20 2026 21:07:00 | Montclair State University, 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 520502241 | + | Email/Text: bankruptcy@onlineis.com | Jul 20 2026 21:07:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 520502242 | + | Email/Text: bankruptcy@onlineis.com | Jul 20 2026 21:07:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 520806708 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2026 21:06:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 520502243 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2026 21:15:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520502244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2026 21:16:05 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 520502248 | ^ | MEBN | Jul 20 2026 21:03:15 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520502246 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 20 2026 21:06:00 | Progressive Insurance, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 520502245 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 20 2026 21:06:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 520502250 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2026 21:06:00 | Quantam 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 520502253 | ^ | MEBN | Jul 20 2026 21:04:47 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + | Email/Text: DeftBkr@santander.us | Jul 20 2026 21:06:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + | Email/Text: DeftBkr@santander.us | Jul 20 2026 21:06:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502255 | + | Email/Text: clientservices@simonsagency.com | Jul 20 2026 21:07:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 20 2026 21:15:53 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 520502260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 20 2026 21:15:53 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520502262 | | Email/Text: bankruptcy@td.com | Jul 20 2026 21:07:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 520502261 | | Email/Text: bankruptcy@td.com | Jul 20 2026 21:07:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 520581814 | | Email/Text: bankruptcy@mtabt.org | Jul 20 2026 21:06:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520502263 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2026 21:15:55 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 35

# BYPASSED RECIPIENTS

District/off: 0312-2        User: admin        Page 3 of 3

Date Rcvd: Jul 20, 2026        Form ID: 137        Total Noticed: 43

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520507368 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502256 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4