UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on August 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TAMIKA BROWN-WESLEY, DEBTOR(S)

Case No.: 25 10039 (MEH)

Adv. No.:

Hearing Date: 8/19/2026

Judge: MARK HALL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 19, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

---

The applicant having certified that legal work has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,250.00** for services rendered and expenses in the amount **$0.00** for a total of **$1,250.00**. The allowance shall be payable

___XXXX___ through the Chapter 13 plan as an administrative priority.

_________ outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$1,500 per month for seven (7) months**

**$1,665 per month for eleven (11) months starting September 2025**

**$2,673 per month for forty-two (42) months starting August 2026**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.