Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−10039−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tamika M Brown−Wesley
aka Tamika Brown
167 Richelieu Terrace
Newark, NJ 07106

Social Security No.:
xxx−xx−8971

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/1/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 1, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 25-10039-MEH
Tamika M Brown-Wesley Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 01, 2026 | Form ID: 148 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 520502234 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 520502239 | | Midland Mortgage, 777 NW Grand Blvd., Oklahoma City, OK 73118-6047 |
| 520502247 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520502249 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520502251 | | Santander Bank, N.A., PO Box 847105, Boston, MA 02284-7105 |
| 520502257 | + | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |
| 520502258 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2026 22:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2026 22:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502227 | + | EDI: CAPITALONE.COM | Sep 02 2026 01:49:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520502228 | + | EDI: CAPONEAUTO.COM | Sep 02 2026 01:49:00 | Capital One Auto, 3905 Dallas Parkway, Plano, TX 75093-7893 |
| 520507367 | + | EDI: AISACG.COM | Sep 02 2026 01:49:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502229 | + | EDI: CAPITALONE.COM | Sep 02 2026 01:49:00 | Capital One Financial Corporation, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520502230 | + | Email/Text: bncnotifications@pheaa.org | Sep 01 2026 22:18:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520502231 | + | EDI: CCS.COM | Sep 02 2026 01:49:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520502232 | + | Email/Text: bankruptcies@crownasset.com | Sep 01 2026 22:18:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520502233 | ^ | MEBN | Sep 01 2026 22:13:05 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 520502235 | | EDI: JEFFERSONCAP.COM | Sep 02 2026 01:49:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520502236 | | EDI: JEFFERSONCAP.COM | Sep 02 2026 01:49:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 520502237 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 01 2026 22:13:16 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 520532177 | + | EDI: AISMIDFIRST | Sep 02 2026 01:49:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520502238 | + | EDI: AISMIDFIRST | Sep 02 2026 01:49:00 | Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502240 | + | Email/Text: kurucn@mail.montclair.edu | Sep 01 2026 22:19:00 | Montclair State University, 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 520502241 | + | Email/Text: bankruptcy@onlineis.com | Sep 01 2026 22:19:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 520502242 | + | Email/Text: bankruptcy@onlineis.com | Sep 01 2026 22:19:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 520806708 | + | Email/Text: bncnotifications@pheaa.org | Sep 01 2026 22:18:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 520502243 | | EDI: PRA.COM | Sep 02 2026 01:49:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520502244 | | EDI: PRA.COM | Sep 02 2026 01:49:00 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 520502248 | ^ | MEBN | Sep 01 2026 22:12:43 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520502246 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 01 2026 22:17:00 | Progressive Insurance, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 520502245 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 01 2026 22:17:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 520502250 | | EDI: Q3G.COM | Sep 02 2026 01:49:00 | Quantam 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 520502253 | ^ | MEBN | Sep 01 2026 22:14:13 | Santander Bank, Attn: Gross McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 520502252 | + | Email/Text: DeftBkr@santander.us | Sep 01 2026 22:18:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 520502254 | + | Email/Text: DeftBkr@santander.us | Sep 01 2026 22:18:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 520502255 | + | Email/Text: clientservices@simonsagency.com | Sep 01 2026 22:19:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 520502259 | + | EDI: SYNC | Sep 02 2026 01:49:00 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 520502260 | + | EDI: SYNC | Sep 02 2026 01:49:00 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520502262 | | EDI: TDBANKNORTH.COM | Sep 02 2026 01:49:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 520502261 | | EDI: TDBANKNORTH.COM | Sep 02 2026 01:49:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 520581814 | | Email/Text: bankruptcy@mtabt.org | Sep 01 2026 22:18:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520502263 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2026 22:22:08 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520507368 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502256 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4